## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No.: 0912375 NE22 |
|---|---|---|
| Plaintiff, | ) | 8:12CB6 |
| vs. | ) | ORDER |
| ANTHONY R. SCHAFFART, | ) | |
| Defendant. | ) | |

**IT IS ORDERED:**

Defendant is granted an extension of time until August 28, 2012, in which to pay the collateral amount due of $175.00. The full collateral amount is payable in full by that date or the defendant must appear for hearing before the undersigned magistrate judge on August 28, 2012 at 9:00 a.m. in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The clerk will mail a copy of this order to Anthony R. Schaffart at his address of 5753 North 80th Street, Omaha, Nebraska 68134.

DATED this 8th day of August, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge